In the Matter of CITY OF MOUNT VERNON, Respondent, Relative to Acquiring Title to Lands Situated in the City of Mount Vernon, for a Housing Project. CENTENNIAL CHURCH OF THE AFRICAN METHODIST EPISCOPAL CONNECTION OF THE UNITED STATES OF AMERICA et al., Defendants; GEORGE ACCATTATO,

Appellant.— In a condemnation proceeding, a property owner appeals from a final order and judgment (one paper) entered on the report of commissioners of appraisal fixing compensation for real property taken in such proceeding. The appeal was taken solely on the ground that two of the commissioners did not possess the degree of disinterestedness required by law for such commissioners. Final order and judgment unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.